In the Matter of RUBEL CORPORATION, Appellant, against HARRIS H. MURDOCK et al., Constituting the Board of Standards and Appeals of the City of New York, Respondents, Impleaded with Another.

Argued April 13, 1939; decided June 2, 1939.

*Jacob A. Freedman, Michael Levine* and *Louis R. Patur* for appellant.

*William C. Chanler*, Corporation Counsel (*James Hall Prothero, Paxton Blair* and *Sidney M. Freeman* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.